IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-051-FDW-DCK

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, ) ) Plaintiff, ) ) v. ) ) REWJR HOLDINGS, INC., ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit Of Scott T. Dickens" (Document No. 11) filed by Diana Coada, concerning Scott T. Dickens, on April 22, 2022. Scott T. Dickens seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Scott T. Dickens is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: April 22, 2022

David C. Keesler
United States Magistrate Judge